**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| Disability Rights New Mexico,<br><br>*Plaintiff*,<br><br>v.<br><br>ALISHA TAFOYA LUCERO, in her official capacity as Secretary of the New Mexico Corrections Department; WENSCESLAUS ASONGANYI, in his official capacity as Health Services Administrator of the New Mexico Corrections Department; and the NEW MEXICO CORRECTIONS DEPARTMENT.<br><br>*Defendants.* | Civ. Action No. **1:22-CV-00954** |

## DISCLOSURE STATEMENT

COMES NOW Plaintiff Disability Rights New Mexico to file its Disclosure Statement pursuant to FRCP 7.1.

1. Disability Rights New Mexico ("DRNM") is a 501(c)(3) non-profit New Mexico corporation, designated as New Mexico's protection and advocacy organization ("P&A"), whose mission is to protect, promote, and expand the rights of persons with disabilities. DRNM has provided advocacy services to New Mexicans with disabilities since 1979.

2. As a non-profit corporation, DRNM does not issue any stock, thus there are no stock holders.

3. Therefore, no parent corporation or publicly held corporation owns 10% or more of DRNM's stock.

Respectfully submitted this 15th day of December, 2022.

By:

DISABILITY RIGHTS NEW MEXICO

/s/ *Maxwell Kauffman*
Maxwell Kauffman
3916 Juan Tabo Blvd., NE
Albuquerque, NM 87111
(505) 256-3100
(505) 256-3184 (Fax)
*Attorney for Plaintiff*