IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DISABILITY RIGHTS NEW MEXICO,

    Plaintiff,

v.                                              Case No. 1:22-CV-00954 WJ/JFR

ALISHA TAFOYA LUCERO, in her official
capacity as Secretary of the New Mexico
Corrections Department,
WENCESLAUS ASONGANYI, in his
official capacity as Health Services
Administrator of the New Mexico Corrections
Department; and the NEW MEXICO
CORRECTIONS DEPARTMENT,

    Defendants.

**NOTICE OF EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS (DOC. 9)**

       Counsel for Defendants, Long Komer & Associates, P.A. (Mark E. Komer) notifies the Court that he has conferred with Plaintiff's counsel concerning an additional extension of time for Defendants to file their Reply in Support of Motion to Dismiss due to a significant medical emergency of an immediate family member.

       Counsel have agreed that that Defendants may file their Reply no later than Thursday, April 6, 2023.

Respectfully submitted,

**LONG, KOMER & ASSOCIATES, P.A.**
*Attorneys for Defendants*


*/s/ Mark E. Komer*
MARK E. KOMER
P. O. Box 5098
Santa Fe, NM 87502-5098
505-982-8405
mark@longkomer.com
email@longkomer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March 2023, I filed the foregoing **Notice of Extension of Time** electronically through CMECF, which caused the following counsel to be served electronically:

Lalita Moskowitz
Maria Martinez Sanchez
lmoskowitz@aclu-nm.org
msanchez@aclu-nm.org

Maxwell Kauffman
mkauffman@drnm.org

Katherine Loewe
kate@rjvlawfirm.com

*Attorneys for Plaintiff*

*/s/ Mark E. Komer*
Mark E. Komer