AN ACT

RELATING TO HEALTH; EXPANDING MEDICATION-ASSISTED TREATMENT PROGRAMS IN STATE CORRECTIONS FACILITIES; CREATING A FUND; MAKING AN APPROPRIATION.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF NEW MEXICO

SECTION 1. MEDICATION-ASSISTED TREATMENT FOR THE INCARCERATED PROGRAM FUND--CREATED.--

    A.  The "medication-assisted treatment for the incarcerated program fund" is created as a nonreverting fund in the state treasury.  The fund consists of appropriations, gifts, grants and donations.  The human services department shall administer the fund, and money in the fund is appropriated to the human services department to assist all counties that operate correctional facilities to establish and operate medication-assisted treatment programs for people who are incarcerated in county correctional facilities. Disbursements from the fund shall be made by warrants of the secretary of finance and administration pursuant to vouchers signed by the secretary of human services.

    B.  No later than December 1, 2023, the human services department shall promulgate rules for the operation of medication-assisted treatment programs in correctional facilities in consultation with the corrections department, county corrections administrators and providers who

SFC/SHPAC/ SB425
Page 1

**Exhibit 1**

specialize in substance use disorder treatment and have experience working in corrections settings.

C.  Beginning October 1, 2023 and annually thereafter, the human services department and the corrections department shall report to the interim legislative health and human services committee and the legislative finance committee on the establishment and operation of medication-assisted treatment programs in correctional facilities.

D.  The corrections department shall:

(1)  expand and continue to operate currently existing medication-assisted treatment programs for people who are incarcerated in a state correctional facility;

(2)  by December 31, 2025, establish and operate a medication-assisted treatment program to continue medication-assisted treatment for incarcerated people with a prescription who are booked into a state correctional facility; and

(3)  by the end of fiscal year 2026, offer medication-assisted treatment to all people who are incarcerated in state correctional facilities and in need of medication-assisted treatment.

E.  As used in this section:

(1)  "correctional facility" means a prison or other detention facility, whether operated by a government

SFC/SHPAC/ SB425
Page 2

1  or private contractor, that is used for confinement of adult
2  persons who are charged with or convicted of a violation of a
3  law or an ordinance; and
4             (2)  "medication-assisted treatment" means
5  the use of federal food and drug administration-approved
6  prescription drugs for the treatment of substance use
7  disorder.