UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**DISABILITY RIGHTS NEW MEXICO, INC.,**

      **Plaintiff,**

v.                                                    No. 1:22-CV-00954-WJ-JFR

**TAFOYA LUCERO, et al.,**

      **Defendants.**

**JOINT MOTION TO STAY PROCEEDINGS UNTIL JULY 3, 2023**

      THE PARTIES, through their undersigned counsel, respectfully request this Court stay all proceedings in this case until July 3, 2023 so the Parties can conduct negotiations in this matter. The grounds for this motion are:

1. The Parties agree to this stay of proceedings;

2. The Parties agree to a stay of ninety days from April 13, 2023 until July 3, 2023;

3. The Parties will meet, beginning in May 2023, to conduct negotiations in this matter;

4. The Parties agree that once the stay expires or is lifted, Plaintiffs may file an Unopposed Motion to Surreply to Defendant's Motion to Dismiss; and

5. The Parties seek this stay in the interest of conserving judicial resources and the resources of the parties while they conduct negotiations.

      For the above-stated reasons, the parties respectfully request that the Court enter an order staying all proceedings in this case until July 3, 2023.

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
OF NEW MEXICO

*/s/* María Martínez Sánchez
María Martínez Sánchez
Lalita Moskowitz
1410 Coal Ave. SW
Albuquerque, NM 87104
(505) 266 5915 ext. 1015
(505) 266 5916 (fax)
msanchez@aclu-nm.org
lmoskowitz@aclu-nm.org

DISABILITY RIGHTS NEW MEXICO
Maxwell Kauffman
3916 Juan Tabo Blvd., NE
Albuquerque, NM 87111
mkauffman@drnm.org
(505) 256-3100
(505) 256-3184 (Fax)

THE LAW OFFICE OF RYAN J. VILLA
Katherine Loewe
5501 Eagle Rock Ave, NE Suite C2
Albuquerque, NM 87113
kate@rjvlawfirm.com
(505) 256 7690
(505) 433 5812 (fax)

*Attorneys for Plaintiff*

and

Mark Komer
Long Komer & Associates
P.O. Box 5098
Santa Fe, NM 87502-5098
(505) 982-8405
mark@longkomer.com

*Attorney for Defendants*