**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**DISABILITY RIGHTS NEW MEXICO, INC.,**

**Plaintiff,**

v.                                                          No. 1:22-CV-00954-WJ-JFR

**TAFOYA LUCERO, et al.,**

**Defendants.**

**ORDER ON JOINT MOTION TO APPROVE SETTLEMENT**
**AND THE COURT'S NOTICE OF PROPOSED REVISIONS**

THIS MATTER is before the Court on the Joint Motion to Approve Settlement (Doc. 54) and the Court's Notice of Proposed Revisions (Doc. 55), Plaintiff's Objections to the Court's Notice (Doc. 56) and Defendants' Response (Doc. 57). Plaintiff's objection requests that this Court enter an Order approving the parties' settlement but retain jurisdiction until determination of a motion for attorney fees and costs Plaintiff intends to file. The Court will accept Plaintiff's objection and will, contemporaneous with this Order, enter the Order approving the parties' settlement with Plaintiff's requested language.

Accordingly, the Court will order that Plaintiff submit its motion for an award of attorney fees and costs within 30 days after entry of the Order approving the settlement. Plaintiff's Motion, and any responses and replies, must conform with the requirements and time limits set forth in D.N.M.LR-Civ. 54.5 and 7. The Court will not grant any motion seeking an extension of the Rule 7 time-limits absent a showing of extraordinary circumstances beyond the control of the moving party. The Court will then enter an order dismissing this case upon entry of the Court's ruling disposing of the motion for attorney fees and costs.

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE